**In Re: Report of Huntingdon County Tax Claim Bureau Director, Richard E. Kidd. L. Marra Real Estate, Appellant.**

Argued February 3, 1983, before Judges ROGERS, BLATT and MACPHAIL, sitting as a panel of three.

*Dwight Danser,* with him, *Robert B. Stewart III,* and *Lawrence Marra,* for appellant.

*David A. Ody, Henry, Corcelius, Gates, Gill & Ody,* for appellee.

OPINION BY JUDGE MACPHAIL, March 23, 1983:

L. Marra Real Estate (Appellant), purchaser of 5 parcels of real estate at a tax sale of seated land in Huntingdon County, appeals to this Court from the

86

dismissal of its exceptions to the confirmation of the tax sales. The principal substantive issue presented to the trial court was whether Appellant had standing to file exceptions as the successful bidder. The trial court concluded it did not.

This Court is well satisfied that all of the relevant issues were adequately and correctly addressed in the able opinion of Honorable JOHN W. KELLER, specially presiding, reported at        Pa. D. & C.3rd        (1980). We, accordingly, affirm on the opinion of the trial judge.

ORDER

The order of the Court of Common Pleas of Huntingdon County dated November 12, 1980 is affirmed.